UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CROUCH,

    Plaintiff,

v.

OCONNOR CORPORATION, et al.,

    Defendants.

_____/

Case No. 1:20-cv-353

HONORABLE PAUL L. MALONEY

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal as to Defendant Brian Avery Smith (ECF No. 16) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** as to Defendant Brian Avery Smith without prejudice.

    **IT IS SO ORDERED**.

Dated: July 17, 2020

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge