UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK CROUCH, | ) | |
|           Plaintiff, | ) | |
| | ) | No. 1:20-cv-353 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| OCONNOR CORPORATION, *et al.*, | ) | |
|           Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims and granted default judgment against all three Defendants. The Court awarded Plaintiff $1,000 in statutory damages for violations of the Fair Debt Collection Practices Act and $2,500 in liquidated damages for violations of the Driver's Privacy Protection Act. Defendants are jointly and severally liable for the $3,500 judgment.

As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 30, 2020                                                  /s/ Paul L. Maloney
                                                                                              Paul L. Maloney
                                                                                              United States District Judge